GEORGE H. WOOSTER, Respondent, *v.* DAVID KISCH et al., Appellants.

(Argued October 26, 1883 ; decided November 27, 1883.)

*Edmund Wetmore* for appellants.

*Thomas B. Browning* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.